Form 180 − ntchrgfail

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re: Cynthia S Sullivan
SSN: xxx−xx−1999
EIN:
ADDRESS: 215 Shore Drive
Apt 322
HIghlands, NJ 07732

Case No: 05−24851−RTL
Chapter: 7
Judge: Raymond T. Lyons Jr.

Debtor(s)

**NOTICE OF MISSING DOCUMENTS AND NOTICE OF DISMISSAL IF DOCUMENTS ARE NOT TIMELY FILED**

1. Notice is hereby given that the following documents must be filed within 15 days from the date the bankruptcy petition was filed:

Disclosure of Attorney Compensation.

2. This case will be dismissed on May 19, 2005, unless the missing documents are received on or before that date by the Clerk of the Court at:

U.S. Bankruptcy Court
402 East State Street
Trenton, NJ 08608

If you object to dismissal of the case, you may submit a written request for a hearing setting forth the reasons why dismissal would not be proper. Such request must be received by the Clerk of the Court on or before May 19, 2005.

THIS IS THE ONLY NOTICE YOU WILL RECEIVE. If you fail to timely comply with the requirements set forth above, this case will be dismissed.

Dated: May 5, 2005
JJW: wir

James J. Waldron
Clerk

If the schedules you file list more creditors than were included on the list of creditors(matrix) filed with your petition, you must file with your schedules an amended list of creditors(matrix), listing only those creditors being added, and a separate verified statement of changes (D.N.J. LBR 1007−2 and 1009−1). You must also pay a $26 fee for the amendment in the form of certified check, money order, or attorney's check.