B 203
(12/94)

# United States Bankruptcy Court

_____ District Of New Jersey

**In re**

    Cynthia S Sullivan             Case No. 05-24851-RTL

**Debtor**                                                Chapter   7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept .................................. $     950.00

   Prior to the filing of this statement I have received .......................... $     950.00

   Balance Due .................................................................. $       0.00

2. The source of the compensation paid to me was:

   ☑ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor        ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR (Continued)**

    d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

    Filing fees, Postage fees, Reproduction fees, Courier Fees, Travel Expenses.

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

5-10-2005
*Date*

*Signature of Attorney*

Anna C. Little, Esq.

*Name of law firm*

# Anna C. Little, Esq.
### Attorney at Law

## CERTIFICATION and AGREEMENT
## TO PROVIDE LEGAL SERVICES

I, <u>Cynthia Sullivan</u>, *understand that attorney Anna C Little, Esq.*
Yo, <u>Cynthia Sullivan</u>, *entiendo que la doctora Anna C Little, Esq.*

*from the law firm of Anna C. Little, Esq. will represent me in the said forth legal matter. I*
*la oficina de los abogados Anna C. Little, Esq. me representaran en mi asunto legal, Yo*

*understand that the total fee for services rendered will be:* <u>$950.00</u> . *Said services will*
*entiendo que la suma total por servicios legales sera:* <u>$950.00</u> . *Dichos servicios*

*include:*
*incluiran:*
Preparation and filing of Bankruptcy petition for Cynthia
Sullivan. Including the appearance at the first creditors
meeting and providing any documents to the trustees if needed.
THIS FEE DOES NOT INCLUDE ANY COPY, COURIER, FILING FEES OR
TRAVEL EXPENSES THAT MAY BE REQUIRED.

*Toward full payment of the legal fees, a deposit of* <u>($950.00)</u> *was made.*
*Hacia el pagamiento total de dichos honorarios, un deposito de* <u>($950.00)</u>

*Additional charges for which I am responsible not included in the fee for services are:*
*Cargos adicionales para los cuales estoy responsable que no estan incluidos en los honorarios son:*

COPYING & FAXING CHARGES, TRANSLATION CHARGES, COURIER
CHARGES, FILING FEES, TRAVEL EXPENSES AND TRAVEL TIME, MAIL &
SHIPPING CHARGES.

*In the event that services are terminated before completion of the described functions, funds are*
*Si los servicios estan terminados antes de completar los actos descritos, honorarios serian*

*refunded on a quantum meruit basis at an hourly rate of $325.00 per hour. Funds paid for services*
*devolvidos en manera de "quantum meruit" por calculación de $325.00 pesos por hora. Honorarios*

*already rendered in connection with this retainer are non-refundable. Agreement to provide legal*
*pagados por servicios hechos antes de la fecha de terminar servicios no se pueden devolver. El acuerdo*

*services does not guarantee any particular result in your matter. Payment for services is your*
*a proveer servicios legales no se guarantiza resulto particular en su asunto. Pagos para servicios están de*

*responsibility whether or not your case is successful.*

*responsabilidad del cliente sin considerar al resultado del caso.*

I understand that if I do not respect the previous stated plan of payment, then collection
*Yo entiendo que si no respeto o sigo este plan de pagos, entonces le cobraremos*

fees will be charged to my case according to the published firm collection policies.
*algo mas a su quenta de accuerdo con nuestra poliza.*

In the event that I do not make the payments when they are due I authorize Anna C. Little, Esq.
*Por si acaso que yo me falto de hacer pagos en al fecha acoradada, yo autorizo a Anna C. Little, Esq.*

to withdraw from representing me in the above matter by sending me a certified letter of withdrawal.
*a parar de representarme en me asunto legal por mandarme carta certificada en parada formal.*

I certify that I have read the above information, and I understand it completely. I am signing
*Certifico que he leido la informacion de arriba y entiendo su contenido completamente. Firmo*

this document voluntarily and without coersion.
*este documento voluntariamente y sin presion.*

Dated: April 15, 2005
Fecha:                    _____[signature]_____
                          Print Name: Cynthia Sullivan

Attorney Validation: _____[signature]_____
Print Name: Anna C Little

OFFICE ADDRESS:
Anna C. Little, Esq.
97 Navesink Ave, PO Box 382
Highlands, NJ 07732-0382

# Anna C. Little, Esq.
### Attorney at Law

| | |
|---|---|
| 426 Navesink Ave, PO Box 382 | 1209 East Grand Street, 2nd Floor |
| Highlands, NJ 07732 | Elizabeth, NJ 07201 |
| (732) 708-1309 telephone | (908) 965-0220 telephone |
| (732) 708-1285 facsimile | (908) 965-0230 facsimile |

AnnaLittle@mac.com

Council Woman, Borough of Highlands                              Admitted NJ Bar
                                                                 Admitted PA Bar

May 12, 2005

Clerk of the Court
US Bankruptcy Court
District of New Jersey, Trenton Division
402 East State Street
Trenton, NJ 08608-1507

Re:   BNK-NJ-3850-2005
      Cynthia Sullivan
      Case#: 05-24851-RTL

Dear Sir/Madam:

Enclosed please find Original and six copies of Disclosure of Attorney Compensation as requested.

Thank you for your patience in this matter.

Very Truly Yours,

Anna C. Little, Esq.

ACL/rll
Encl.: Original Disclosure of Attorney Compensation, Six Copies of Disclosure of Attorney Compensation.

cc: Cynthia Sullivan
VIA CERTIFIED MAIL/RRR 7099 3400 0010 3224 3762