UNITED STATES BANKRUPTCY COURT
District of New Jersey

In re:                                          Case no.: 05-24851-RTL

                                                Chapter: 7

Cynthia S. Sullivan                             Judge: Raymond T. Lyons Jr.

Debtor(s)

Caption of Pleading being filed: Cynthia S. Sullivan Chapter 7 Petition

## CERTIFICATION OF NON COMPLIANCE
## REGARDING CASE MANAGEMENT/ELECTRONIC CASE FILING ("CM/ECF")

I, (Anna C. Little, Esq.), **HEREBY CERTIFY** that with respect to the transition in procedure effective October 1, 2003 which requires *mandatory* electronic filing for attorneys who regularly practice before this Court, and which requires attorneys to become trained and certified "Participants" of CM/ECF, if the attorney files ten (10) or more pleadings in a 12 month period, inclusive of the 2003 calendar year prior to October 1ˢᵗ, the following conditions apply (please check applicable provisions):

✓ (a) I am not currently certified as a CM/ECF Participant. During the twelve (12) month period preceding and including this filing, I have not exceeded the ten (10) document limit; or

_____ (b) I am not currently certified as a CM/ECF Participant. The captioned pleading constitutes my tenth or successive document filed within the preceding twelve (12) month period, and I have contacted the Court to schedule training within thirty (30) days of this filing. My scheduled training date is _____; or

_____ (c) I have been trained but not yet certified as a CM/ECF Participant; or

_____ (d) I am a certified "Participant" of CM/ECF, but have encountered the following extenuating circumstances which have prevented me from complying with the mandatory filing requirement with respect to the captioned pleading: (briefly describe)

_____
_____
_____
_____; and

_____ (e) Pursuant to the Court's Notice to the Bar dated June 17, 2003, and posted to the Court's Web site www.njb.uscourts.gov, I have placed the document being filed on a CD ROM in PDF format.

5/12/2005
Date

_____
Signature of Attorney

# Anna C. Little, Esq.
### Attorney at Law

| | |
|---|---|
| 426 Navesink Ave, PO Box 382 | 1209 East Grand Street, 2nd Floor |
| Highlands, NJ 07732 | Elizabeth, NJ 07201 |
| (732) 708-1309 telephone | (908) 965-0220 telephone |
| (732) 708-1285 facsimile | (908) 965-0230 facsimile |

AnnaLittle@mac.com

Council Woman, Borough of Highlands

Admitted NJ Bar
Admitted PA Bar

May 12, 2005

Bankruptcy Clerk
US Bankruptcy Court
District of New Jersey, Trenton Dvsn
402 East State Street
Trenton, NJ 08608-1507

Re:  BNK-NJ-3850-2005
     Cynthia Sullivan
     Case# 05-24851-RTL

Dear Sir/Madam:

Enclosed please find original Certification of Non Compliance Regarding Case management/ Electroic Case Filing ("CM/ECF") and six copies of said document as requested.

Thank you for your patience in this matter.

Very Truly Yours,

Anna C. Little, Esq.

Anna C. Little, Esq.

ACL/rll
Encl.: Certification of Non Compliance Regarding Case management/ Electroic Case Filing ("CM/ECF") [One original and six copies]
cc: Cynthia Sullivan
VIA CERTIFIED MAIL/RRR 7004 2890 0003 1989 3489